| Case | Docket No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Woody v. State | 43A03–1611–CR–2610 | 07/26/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Kirk v. State | 49A02–1702–CR–243 | 07/26/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Gary v. State | 20A03–1611–CR–2739 | 07/26/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Gouldsmith v. State | 55A01–1605–CR–1022 | 07/26/2017 | BAILEY, J. | Affirmed in part, reversed in part, and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Benson v. Denison Parking, Inc. | 49A02–1702–CT–372 | 07/26/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Benner v. State | 71A03–1607–CR–1609 | 07/27/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Dissents with opinion |
| Taylor v. State | 84A01–1607–CR–1684 | 07/27/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Pilant v. State | 28A01–1612–CR–2884 | 07/27/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Aguilar–Robles v. State | 48A04–1608–CR–1875 | 07/27/2017 | PYLE, J. | Affirmed and remanded |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Hmurovic v. State | 45A03–1612–CR–2886 | 07/27/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| King v. State | 90A02–1701–CR–156 | 07/27/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |